In the Matter of STANWOOD UNITED, INC., Respondent, against JOHN F. O'CONNELL et al., Constituting the State Liquor Authority, Appellants.

Argued January 11, 1954; decided January 22, 1954.

*Alvin McKinley Sylvester, Robert W. Corcoran* and *Emanuel D. Black* for appellants.

*William I. Cohen* and *Jack Reinstein* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, FROESSEL and VAN VOORHIS, JJ.; DESMOND, DYE and FULD, JJ., dissent and vote to reverse and to reinstate the determination of the Authority on the ground there is substantial evidence to support that determination.